**No. 10M89. Charlotte Diane Costley, Petitioner v. Teri Gathings, et al.**

563 U.S. 902, 131 S. Ct. 1806, 179 L. Ed. 2d 652, 2011 U.S. LEXIS 2440.

March 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M90. Oladimeji A. Bamigbade, Petitioner v. State Farm Mutual Automobile Insurance Company, et al.**

563 U.S. 902, 131 S. Ct. 1807, 179 L. Ed. 2d 652, 2011 U.S. LEXIS 2515.

March 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

**No. 10M91. Nossaman LLP, et al., Petitioners v. United States.**

563 U.S. 902, 131 S. Ct. 1807, 179 L. Ed. 2d 652, 2011 U.S. LEXIS 2549.

March 28, 2011. Motion for leave to file a petition for writ of certiorari with the supplemental appendix under seal granted.

**No. 10M92. Corla Jackson, Petitioner v. Farmers Insurance Group/Fire Insurance Exchange.**

563 U.S. 902, 131 S. Ct. 1807, 179 L. Ed. 2d 652, 2011 U.S. LEXIS 2494.

March 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M93. Kenneth Redd, Petitioner v. United States.**

563 U.S. 902, 131 S. Ct. 1807, 179 L. Ed. 2d 652, 2011 U.S. LEXIS 2475.

March 28, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.